Official Form 6F (12/07)

In Re: _____  Case No. ____12-25507-HRT____
               Debtor                                                   (if known)

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account Number: T985721<br>Alternative Revenue<br>9250 E Castillo Ave,<br>Greenwood Village, CO 80112 | | | Collection Account<br>3/10/2009 | | | | 320.00 |
| Account Number: 1496XXXX<br>Diversified Adj<br>600 Coon Rapids Blvd,<br>Coon Rapids, MN 55433-5549 | | | Collection Account<br>1/1/2012 | | | | 465.00 |
| Account Number: 49XXXX<br>Prestige Financial<br>1515 Cleveland Pl,<br>Denver, CO 80202-5179 | | | Charge Off<br>10/17/2007 | | | | 621.00 |
| Account Number: | | | | | | | |

☐ NO DISK
☐ DISK **NOT** READABLE
☑ DISK READABLE uploaded
☐ SCANNED
☑ OTHER: Paid $30

| | Subtotal | $1,406.00 |
|---|---|---|
| 0 continuation sheets attached | Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $1,406.00 |

[Filed stamp: 2012 AUG 27 AM 9:55, BRADFORD L. BOLTON CLERK, U.S. BANKRUPTCY COURT DISTRICT OF COLORADO]

## Local Bankruptcy Form 1009-1.1

[Caption as in Bankruptcy Official Form 16A]

### NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS AND/OR ADDITION OF CREDITOR

You are hereby notified that the debtor has filed amended schedules of debt to include the creditor/party listed below or on the attachment.

1. Creditor/Party: Diversified Adj - 600 Coon Rapids Blvd, Coon Rapids, MN 55433-5549

2. Claim or Interest: 465.00, Collection Account, 1/1/2012

3. This claim has been scheduled as (one box must be checked):
   - ☐ secured - Schedule D;
   - ☐ priority - Schedule E;
   - ☒ general unsecured - Schedule F;
   - ☐ executory contract or unexpired lease - Schedule G; or
   - ☐ co-debtor - Schedule H.

Trustee name and address, if one has been appointed: David E. Lewis

1314 Main St. Ste 102 Louisville, CO 80027

Dated: 8/22/2012     By: _____

Counsel to Verhoeff, Gilbert Lee

Attorney registration number (if applicable)

Business address (or home address for *pro se*)

Telephone number 7202712115

Facsimile number

E-mail address blackdutch@msn.com

### Commentary

This notice must be completed for each creditor or party in interest added to the debtor's schedules. This notice must be served on each added creditor or party in interest and a certificate of service filed in conjunction therewith. If applicable, a proof of claim form must be included with the mailing. See L.B.R. 1009-1.

FILED
BRADFORD L. BOLTON
CLERK
2012 AUG 27 AM 9:55
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

**Local Bankruptcy Form 1009-1.1**

[Caption as in Bankruptcy Official Form 16A]

**NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS AND/OR ADDITION OF CREDITOR**

You are hereby notified that the debtor has filed amended schedules of debt to include the creditor/party listed below or on the attachment.

FILED
2012 AUG 27 AM 9:55
BRADFORD L. BOLTON CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

1. Creditor/Party: Prestige Financial - 1515 Cleveland Pl, Denver, CO 80202-5179

2. Claim or Interest: 621.00, Charge Off, 10/17/2007

3. This claim has been scheduled as (one box must be checked):
   - ☐ secured - Schedule D;
   - ☐ priority - Schedule E;
   - ☑ general unsecured - Schedule F;
   - ☐ executory contract or unexpired lease - Schedule G; or
   - ☐ co-debtor - Schedule H.

Trustee name and address, if one has been appointed: David E. Lewis

1314 Main St. Ste 102 Louisville, CO 80027

Dated: 8/22/2012     By: _____

Counsel to Verhoeff, Gilbert Lee

Attorney registration number (if applicable)

Business address (or home address for *pro se*)

Telephone number  7202712115

Facsimile number

E-mail address  blackdutch@msn.com

**Commentary**

This notice must be completed for each creditor or party in interest added to the debtor's schedules. This notice must be served on each added creditor or party in interest and a certificate of service filed in conjunction therewith. If applicable, a proof of claim form must be included with the mailing. See L.B.R. 1009-1.

**Local Bankruptcy Form 1009-1.1**

[Caption as in Bankruptcy Official Form 16A]

**NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS AND/OR ADDITION OF CREDITOR**

You are hereby notified that the debtor has filed amended schedules of debt to include the creditor/party listed below or on the attachment.

1. Creditor/Party: Alternative Revenue - 9250 E Castillo Ave, Greenwood Village, CO 80112

2. Claim or Interest: 320.00, Collection Account, 3/10/2009

3. This claim has been scheduled as (one box must be checked):
   ☐ secured - Schedule D;
   ☐ priority - Schedule E;
   ☑ general unsecured - Schedule F;
   ☐ executory contract or unexpired lease - Schedule G; or
   ☐ co-debtor - Schedule H.

Trustee name and address, if one has been appointed: David E. Lewis
1314 Main St. Ste 102 Louisville, CO 80027

Dated: 8/22/2012        By: _____

Counsel to Verhoeff, Gilbert Lee

Attorney registration number (if applicable)

Business address (or home address for *pro se*)

Telephone number 7202712115

Facsimile number

E-mail address blackdutch@msn.com

[FILED stamp: 2012 AUG 27 AM 9:55, U.S. BANKRUPTCY COURT, DISTRICT OF COLORADO, BRADFORD L. BOLTON, CLERK]

**Commentary**

This notice must be completed for each creditor or party in interest added to the debtor's schedules. This notice must be served on each added creditor or party in interest and a certificate of service filed in conjunction therewith. If applicable, a proof of claim form must be included with the mailing. See L.B.R. 1009-1.

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 22, 2012, I served by mail a copy of the NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS AND/OR ADDITION OF CREDITOR and proposed order on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

Alternative Revenue
9250 E Castillo Ave,
Greenwood Village, CO 80112

Diversified Adj
600 Coon Rapids Blvd,
Coon Rapids, MN 55433-5549

Prestige Financial
1515 Cleveland Pl,
Denver, CO 80202-5179

David E. Lewis
1314 Main St. Ste 102
Louisville, CO 80027

8-22-12
Date

Signature

*[FILED stamp: 2012 AUG 27 AM 9:55, BRADFORD L. BOLTON CLERK, U.S. BANKRUPTCY COURT, DISTRICT OF COLORADO]*

# Finished

Your matrix has been submitted and a copy has been sent to the email address provided.

If you have difficulty locating the email please check your SPAM or JUNK folders.

This system will save your completed matrix for **14 days** from todays date. If you file your petition within that timeframe
there is no need to bring the saved copy with you at the time you file (printed copies will not be accepted). The court will
download your matrix directly from this system however: **You must bring the code below with you for reference.**

Remember - submitting a creditor matrix is not declaring bankruptcy. You must still complete the entire bankruptcy process.
For more information on the bankruptcy process please contact an attorney or check our debtor FAQ.

When you are finished close this window.

## CODE: kvgisvx568_2

[ Save to Media ]

[ Create a New Matrix ]

FILED
BRADFORD L. BOLTON
CLERK
2012 AUG 27 AM 9: 55
BANKRUPTCY COURT
DISTRICT OF COLORADO